**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**UWM HOLDINGS CORP., and UWM ACQUISITIONS 1 LLC** — **CASE NO. : 26-3125**

***Plaintiff***

**vs**

**TWO HARBORS INVESTMENT CORP.**

***Defendant***

# PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Maryland,

That on **08/11/2026** at **2:49 PM** at **7 St. Paul Street, Suite 820, Baltimore, MD 21202**

I served a(n) **Summons in a Civil Action and Complaint, Civil Cover Sheet, Plaintiffs' UWM Holdings Corp. And UWM Acquisitions 1 LLC Rule 7.1 And Local Rule 103.3, Corporate Disclosure Statement**

on **Two Harbors Investment Corp. c/o CSC Lawyers Incorporating Service Co., Registered Agent**

by delivering thereat a true copy of each to **"Jane Doe" (Refused to Give Her Name Per Company Policy)** personally, who stated that he/she is **authorized to accept service** thereof.

Description Of Person Served Based On Undersigned's Perception:
Gender: Female
Race: Black
Hair: Black
Age: 51 - 65 Yrs.
Height: 5' 0" - 5' 3"
Weight: 131-160 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/12/26

Todd Bahel