**From:** Mat Ishbia <mishbia@uwm.com>
**Sent:** Friday, June 12, 2026 1:35 PM
**To:** Bill Greenberg <bill.greenberg@twoharborsinvestment.com>; Stephen Kasnet <stephen.kasnet@twoharborsinvestment.com>
**Subject:** RE: Follow Up

Bill and Stephen,

1. You reached out Monday morning because you don't have the votes to get your deal done with CCM. You don't have the votes because a majority of the 73% of your shareholders have voted, and a majority of them (54%) that have voted, have voted against the deal AND against adjourning the meeting. Despite that fact, Stephen, you have taken it upon yourself to adjourn the meeting. Are you a Chairman or a Dictator? Do their votes matter? Do you take them into consideration at all?
2. You invited me to New York any time during the "waiver window". The waiver window is not a thing. You and/or CCM have made that up. We have had multiple proposals out to you for almost two months. While we were under contract and only days away from a favorable vote and weeks away from closing, you terminated our agreement that we were working on for months and both companies spent millions and millions of dollars. Now you are telling me that out of nowhere because you wanted "in good-faith to engage", I should be summoned to New York on short notice and that I waited until "the next-to-last day of the waiver period even though (you) had proposed meeting earlier and emphasized that time was of the essence? In all due respect, who the heck do you think you are? Why is now "time of the essence" and where do you get off summoning me to New York. I invited you both to Pontiac any time. I cleared my schedule to talk on Thursday. I don't know about your schedule, but by the measures of most of the CEOs I know, that is pretty responsive and the notions of your false deadlines are, like so much else about this, disingenuous.
3. Yes, you and Steve asked multiple times to put a proposal in writing. We have done that on multiple occasions, both privately and then, since you rebuffed us at each turn, publicly. Your shareholders (as well as ISS and Glass Lewis) have told you to engage with us. That is something you know how to do – you did it twice with CCM while you were under contract with us. Deem our existing offer to be potentially superior or whatever the term is, and we will get our advisors talking, review updated financial information, and come to a deal. We will then close the deal quickly (as you know we can despite what you have said publicly and to shareholders you are trying to convince otherwise) and we will move on.
4. As I said on the call, and in my prior email, we are open to discussion as to terms, and we have thrown out multiple options to address your "concerns", including defaulting to cash rather than stock or providing a "higher of" for the "sleepy" shareholders, as our stock is currently way lower than it should be. This is mostly tied to interest rates and the war that is ongoing, but as we discussed, there is no way of knowing where the stock will be valued at closing and taking away the upside for your shareholders is wrong
5. During our call, you kept saying "if TWO shareholders wanted UWMC stock, they could sell TWO and buy it". You do realize, as the financial expert that you are or that I thought you to be, that is inaccurate. What we have offered TWO shareholders is the ability to hold TWO stock, guarantee themselves $12.50 for their stock AND give them a free call option to buy UWM stock for $5.34 per share. Explain to me how someone can get that package today?
6. What is true, is that if shareholders of TWO wanted $12 in cash for their stock, they would go to their computer or call their broker and sell it for more than that – the stock has been trading well north of $12 for six weeks now thanks to UWMC (but no thanks to you or your Board who accepted an offer for

$10.80 and told shareholders it was the best out there). Your shareholders do not want that deal – they don't think it is best for them – that is why they voted as they have.

7. I did ask you for additional information, and you said something like you are not sure if we are under NDA. You know full well that we are as your lawyers threatened us with violating it by having Okapi contact your shareholders. Let's get our advisors truly engaged, and we can get this thing done once and for all.
8. I didn't omit (or at least I didn't intend to omit) my belief that you are engaged in self-dealing and focusing on the wrong things. To the contrary, I wrote that "I am concerned that much of the posturing is tied to your concern about your personal role and your other leaders' roles." That is the only logical explanation I can think of as to why you would continue to argue that $12 is superior to $12.50 and to treat a stock option which is a feature of the transaction as it preserves upside as a negative. It makes no financial sense.
9. You were clear on the call. You only want an all cash offer. The question is "why"? I asked you about defaulting to cash and you again brought up the volatility of the stock (and as you know, financial expert that you are, volatility in stocks leads to higher values for options as it means it can go up or down, not just down). The majority of your shareholders have voted and told you what you should do – why don't you just do it? Who are you really "protecting"?
10. Yes, at the end of the call, I thanked you for engaging and we are prepared to do so. There is no waiver period that is expiring – that is not a thing. Our advisors will talk, you should tell CCM that we are in discussions, and then the Merger Agreement provides you ample protection to have true good faith negotiations. We look forward to that true engagement and getting a deal done.

UWM®
UNITED WHOLESALE MORTGAGE



**MAT ISHBIA President and CEO**
p 800.981.8898 Ext.3794 d 248.833.4488
uwm.com [uwm.com]

You + UWM = The #1 Mortgage Team in America
Please share your feedback [uwm.az1.qualtrics.com] on what we're doing well and where we can improve.

The contents of this message may be confidential. If you are not the intended recipient, do not disseminate, disclose, copy or use this message without the permission of the author. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature. If this message has been received in error, please delete it immediately.

---

**From:** Bill Greenberg <bill.greenberg@twoharborsinvestment.com>
**Sent:** Thursday, June 11, 2026 8:52 PM
**To:** Mat Ishbia <mishbia@uwm.com>; Stephen Kasnet <stephen.kasnet@twoharborsinvestment.com>
**Subject:** [EXTERNAL] RE: Follow Up

**This Message originated outside your organization.**

---

Mat,

Thank you for the follow-up, but your email does not fully or accurately reflect our conversation.

We reached out early on Monday morning in a good-faith effort to engage. I invited you to New York to meet at any time during the waiver window. You declined to travel to New York and proposed a call on Thursday afternoon — the next-to-last day of the waiver period — even though I had proposed meeting earlier and emphasized that time was of the essence.

On the call, Steve and I asked you multiple times to put a proposal in writing. You raised a number of ideas — cash default, a structure for smaller stockholders — but when Steve asked you to put a specific proposal in writing for our Board to review, you said you were not sure that any proposal would be forthcoming and would "have to look at this closer." Your email is not a proposal.

You indicated that you would need additional information about our business before you could submit an offer. We told you on the call that nothing material has changed with Two Harbors or its financial condition. We provided an update on approximate MSR values and prepay speeds. If you need something specific, tell us exactly what you need and we will get it to you before the waiver expires.

Your email also unfortunately omits the portions of our conversation where you accused Steve and me of engaging in "self-dealing" and suggested that we were "focused on [our] own paycheck." We rejected those accusations on the call and we reject them again now. Not only are these attacks false but they are also inconsistent with what we understood was the purpose of the call – to see if there was a proposal that could work for UWM and for TWO stockholders. Notwithstanding your attacks, we are still prepared to engage.

We could not have been clearer on the call. Our Board's ask for all-cash consideration is based on its fiduciary duties to all TWO stockholders — including those who would receive default consideration worth less than 50% of the headline price. As you yourself acknowledged on the call, "no one smart is going to pick UWM stock at the price it's at right now." A fully financed, all-cash transaction avoids subjecting stockholders to that volatility and the financial condition risks of your ongoing business. That is the basis for our position.

At the end of our call, you thanked us for engaging. We are still here and still prepared to engage. Our legal and financial advisors have reached out to your advisors to engage. The waiver expires at close of business tomorrow. Submit a proposal — whether all-cash or otherwise — and the Board will consider it, though we have made our strong preference clear. I am available to speak again in the morning if that would be useful.

Bill

---

**From:** Mat Ishbia <mishbia@uwm.com>
**Sent:** Thursday, June 11, 2026 5:38 PM
**To:** Bill Greenberg <bill.greenberg@twoharborsinvestment.com>; Stephen Kasnet <stephen.kasnet@twoharborsinvestment.com>
**Subject:** Follow Up

Bill and Stephen,
Thanks for the time today. I enjoyed our call and excited to continue to talk about the opportunity to acquire TWO here in the very short term.

To try to summarize the meeting and give some action items, I have put the below together.

1. UWM is ready and able to acquire TWO and believes with any level of engagement from you and team, this would have been closed.

2. UWM is able to adjust our terms, but need to understand "why" you want it adjusted and how you want it adjusted for your shareholders – that requires engagement by you.
3. I am concerned that much of the posturing is tied to your concern about your personal role and your other leaders' roles. We are sympathetic to that concern and appreciate it, but that should be secondary to what is best for your shareholders, which is clearly the UWM deal (by obvious metrics and the fact that you can't get your shareholders to approve the inferior CCM deal or the proposal to adjourn your meeting).
4. The concept that UWMC stock or cash is not a superior offer is silly and doesn't hold water. Of course having optionality is better than not. Our option of cash at $12.50 is obviously superior to CCM's offer. The fact that your shareholders can elect stock doesn't make it worse. I know you personally get paid out differently if stock is a component of the deal, but once again, that isn't a good reason to not approve that deal. It is selfish and not aligned with your fiduciary responsibilities.
5. If modifying the exchange rate would help, we are open to discussion, as well as some of the other options we discussed, including defaulting to cash rather than stock or providing a "higher of" for the "sleepy" shareholders, as our stock is currently way lower than it should be. This is mostly tied to interest rates and the war that is ongoing, but as we discussed, there is no way of knowing where the stock will be valued at closing and taking away the upside for your shareholders is wrong.
6. To continue to discuss the right approach, I do need to see some updated financial info, and operational performance data. Seeing you have new revised projections, we would like to have a conversation to better understand that as well.
7. Finally, the concern you have publicly postured on whether UWM is capable of funding an all-cash deal is ridiculous and obviously just play for the media. You know better, and as discussed and shown, Mizuho has provided a line, UWM has existing lines, and if needed I personally could fund the whole deal myself. It is a complete joke to suggest that is a real concern, thus I am happy we could talk and I look forward to reaching an agreement that is best for both parties.

We are highly confident that your shareholders will approve a deal with UWM, along with gaining the support from ISS, Glass Lewis and Egan Jones.

I know this has been a long, winding path to where we are, but what is best for TWO and its shareholders is for you to engage with UWM, allow us to address any legitimate concerns, and close the deal. That is the board's job to make that decision and execute on it, and it shouldn't include personal feelings or personal agendas. I know that is hard to do, but that is the job of the Board and the CEO.

Let me know when we can talk again and hopefully continue to engage on a potential transaction that will be beneficial for all parties.

Thanks



**MAT ISHBIA President and CEO**
p 800.981.8898 Ext.3794 d 248.833.4488
uwm.com [uwm.com]

You + UWM = The #1 Mortgage Team in America
Please share your feedback [uwm.az1.qualtrics.com] on what we're doing well and where we can improve.

The contents of this message may be confidential. If you are not the intended recipient, do not disseminate, disclose, copy or use this message without the permission of the author. Nothing contained in this message or in any attachment shall satisfy the requirements

for a writing, and nothing contained herein shall constitute a contract or electronic signature. If this message has been received in error, please delete it immediately.

The contents of this message and its attachments, if any, are meant for the sole use of the intended recipient and may be confidential, privileged, or otherwise protected from disclosure. If you are not the intended recipient of this message or have received this message in error, please delete it, immediately alert the sender by reply e-mail, and do not read, disclose, distribute, or otherwise use the information contained herein. Two Harbors and its affiliates do not waive any confidentiality or privilege if this message was misdirected. Two Harbors retains and monitors e-mail communications sent through its network. This e-mail does not constitute or form part of any offer or invitation to sell, or the solicitation of an offer to purchase any investment and is provided for information purposes only. Two Harbors believes that information they provide is accurate and complete as at the date of publication, but do not grant any warranty of such, and Two Harbors and its affiliates do not accept any liability in respect of errors or omissions. Past performance is not necessarily a guide to future results.

The contents of this message and its attachments, if any, are meant for the sole use of the intended recipient and may be confidential, privileged, or otherwise protected from disclosure. If you are not the intended recipient of this message or have received this message in error, please delete it, immediately alert the sender by reply e-mail, and do not read, disclose, distribute, or otherwise use the information contained herein. Two Harbors and its affiliates do not waive any confidentiality or privilege if this message was misdirected. Two Harbors retains and monitors e-mail communications sent through its network. This e-mail does not constitute or form part of any offer or invitation to sell, or the solicitation of an offer to purchase any investment and is provided for information purposes only. Two Harbors believes that information they provide is accurate and complete as at the date of publication, but do not grant any warranty of such, and Two Harbors and its affiliates do not accept any liability in respect of errors or omissions. Past performance is not necessarily a guide to future results.