**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| UWM HOLDINGS CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TWO HARBORS INVESTMENT CORP.,<br><br>Defendant. | Case No. 1:26-cv-03125-JRR |

**PLAINTIFFS' JURY DEMAND**

Pursuant to Federal Rules of Civil Procedure 5(d) and 38(b), Plaintiffs UWM Holdings Corporation and UWM Acquisitions 1 LLC (together "UWM") reserve their right to demand a trial by jury on any issues raised in UWM's Complaint, filed on August 10, 2026, that the Court deems are triable by jury. On October 1, 2026, Defendant Two Harbors Investment Corp. ("TWO") filed its Counterclaims and Answer To Plaintiffs' Complaint and Jury Trial Demand. [ECF No. 29]. UWM intends to move to strike TWO's jury demand pursuant to the waiver language contained in the parties' December 17, 2025 Merger Agreement.[1] By filing this jury demand, UWM is reserving its right to a trial by jury if the Court denies its motion to strike TWO's

[1] Section 9.7(c) of the Merger Agreement states: "EACH PARTY ACKNOWLEDGES AND AGREES THAT ANY CONTROVERSY WHICH MAY ARISE UNDER THIS AGREEMENT IS LIKELY TO INVOLVE COMPLICATED AND DIFFICULT ISSUES, AND THEREFORE EACH SUCH PARTY HEREBY IRREVOCABLY AND UNCONDITIONALLY WAIVES ANY RIGHT SUCH PARTY MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE TRANSACTIONS." *See* Ex 2 to Defendant's Counterclaims and Answer to Plaintiffs' Complaint and Jury Trial Demand [ECF No. 29], at 93.

jury demand and/or deems that some claims arising out of or relating to the Merger Agreement or the Transactions[2] are issues triable by a jury.

Dated: October 15, 2026

Respectfully submitted,

/s/ *Jeffrey E. Gordon*
Jeffrey E. Gordon (#023264)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Email: jgordon@omm.com

David Marroso (*pro hac vice*)
Trevor T. Garmey (*pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Email: dmarroso@omm.com
tgarmey@omm.com

Amy S. Park (*pro hac vice*)
Jolie Leung (*pro hac vice*)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Email: apark@omm.com
jolieleung@omm.com

*Attorneys for Plaintiffs*

[2] "Transactions" means "the transactions, including the merger of [TWO] with and into [UWM Acquisitions 1 LLC], contemplated" in the Merger Agreement. *See* Ex 2 to Defendant's Counterclaims and Answer to Plaintiffs' Complaint and Jury Trial Demand [ECF No. 29], at 1.